B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>DISTRICT OF MARYLAND<br>BALTIMORE DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Penn Optical Company, LTD.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Penn Optical; dba Penn Optical Vision Care** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **52-0985994** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**5006 Sinclair Lane**<br>**Baltimore, MD**<br>ZIP CODE **21206** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Baltimore** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:   Chapter 11 Debtors**
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.1.0.3, ID 3852251944)*

| B1 (Official Form 1) (04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Penn Optical Company, LTD.** | |

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                                                    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Penn Optical Company, LTD.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X **/s/ Steven H. Greenfeld**<br>  **Steven H. Greenfeld**       Bar No. **06744**<br><br>**Cohen, Baldinger & Greenfeld, LLC**<br>**2600 Tower Oaks Blvd.**<br>**Suite 103**<br>**Rockville, MD 20852**<br><br>Phone No. **(301) 881-8300**   Fax No. **(301) 881-8350**<br><br>10/24/2014<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**Penn Optical Company, LTD.**<br><br>X **/s/ Richard Fuss, OD**<br>Signature of Authorized Individual<br><br>  **Richard Fuss, OD**<br>Printed Name of Authorized Individual<br><br>  **President**<br>Title of Authorized Individual<br><br>  10/24/2014<br>Date | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.1.0.3, ID 3852251944)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:  **Penn Optical Company, LTD.**                              CASE NO

                                                                                                                          CHAPTER    **11**

# VERIFICATION OF MAILING LIST

     In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[ ]  is the first mailing list filed in this case.

[ ]  adds entities not listed on previously filed mailing list(s).

[ ]  changes or corrects names and address on previously filed mailing lists.


Date  10/24/2014                                                                        Signature  /s/ Richard Fuss, OD
                                                                                                                              *Richard Fuss, OD*
                                                                                                                              *President*


Date _____                                    Signature _____

```
Accutome, Inc.
3222 Phoenixville Pike
Malvern, PA 19355



Alcon
6201 South Freeway
Fort Worth, TX 76134-2099



Allen Maxwell & Silver
Attn: Christopher Spencer
190 Sylvan Avenue
Enclewood Cliffs, NJ 07632



Altair Eyewear
P.O. Box 45036
San Fancisco, CA 94145-0036



Anneslie Center LLC.
P.O. Box 196
Stevenson, MD 21153



Anneslie Center, LLC
P.O. Box 196
Stevenson, MD 21153



Avalon Eyewear
170 Legrand Ave
North Vale, NJ 07647



Benefit Design Group
P.O. Box 10712
Baltimore, MD 21285-0712



Benefit Mall
P.O. Box 418742
Boston, MA 02241-8742
```

C. Hofberger
P.O. Box 28335
Newark, NJ 07101-3116



Caine & Weiner
Attn: Charlotte Cornelius
P.O. Box 5010
Woodland Hills, CA 91365-5010


Cambell Hightower & Adams
Attn: Sharie Campbell
1645 S. Lakeshore Drive
Suite 11
Tempe, AZ 85282

Carl Zeiss Vision, Inc.
12121 Scappes Summit Drive
Suite 400
San Diego, CA 92131


CIBA (Alcon Laboratories)
PNC Bank Lockbox
3714 Solutions Center
Chicago, IL 60677-3007


Commercial Collection Consultants
2305 Ridge Road
Suite 201
Rockwall, TX 75087


CooperVision Inc.
P.O. Box 145409
Cinncinnati, OH 45250-5409



DAL Inc.
Attn: James Brown
P.O. Box 162
Clifton Heights, PA 19018


Eight to Eighty
1534 Broad Street
Bellmore, NJ 11710

Essilor Laboratories of America, Inc.
Attn: Office of the General Counsel
13555 N. Stemmons Freeway
Dallas, TX 75234


Eyefinity
P.O. Box 742608
Los Angeles, CA 90074-2608


Fairway Optical Products
8039 Paseo Blvd
Kansas City, MO 64131-2323


FPG
125 Industry Lane
Suite 2
Forrest Hill, MD 21050


Grainger
8820 Citation Road
Baltimore, MD 21221


Grobet USA
750 Washington Ave
Caristadt, NJ 07072


Harris Fire Protection
50 Kana Street
Baltimore, MD 21224


HIBU Inc. Mid Atlantic
P.O. Box 11815
Newark, NJ 07101-8115



HIBU/Yellowbook

```
International Environmental Management
24516 Network Place
Chicago, IL 60673-1245


Irwin Fuss
2308 Velvet Ridge Dr.
Owings Mills, MD 21117


Irwin Fuss
2308 Velvet Ridge Drive
Owings Mills, MD 21117


JA Optronics
7337 Old Alex Ferry Road
Clinton, MD 20735


JSD Management
1283 College Park Dr.
Dover, DE 19904-8713


Lisa A. Charleston
150 E. Swedesford Road
Wayne, PA 19087


Marchon Eyewear
201 Old Country Road
Melville, NY 11747


Melanie Kletz
25 Windflower Court
Reisterstown, MD 21136


Melanie Kletz
25 Windflower Court
Reistertown, MD 21136
```

Merritt Blvd Partnership
C/O Donald H. Ready
217 Cedarcroft Road
Baltimore, MD 21212


Mondawmin Business Trust*
P.O. Box 86
Minneapolis, MN 53486-2733


New City Optical Laboratory
P.O. Box 815519
Dallas, TX 75381-5519


Optical Recovery Inc.
Attn: Rebecca Rossman
P.O. Box 901167
Homestead, FL 33090


Optisource International
P.O. Box 30538
New York, NY 10087-0538


Parkside Shopping Center Partnership
P.O. Box 32591
Baltimore, MD 21282-2591


Parkside Shopping Center Partnership
PO Box 32591
Baltimore, MD 21282-2591


Pitney Bowes Global Financial Service
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Golbal Financial

Pitney Bowes Inc.
1 Elmcroft Road
Stamford, CT 06926


Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburg, PA 15250-7874


Prodigy Optical
314 Sievy Ave.
Richmond, MN 56368


R&R Eyewear Imports Inc.
777 Schwab Road, Unit C
Hatfield, PA 19440


Randall & Richards
Attn: Lorene Edwards
5151 E Broadway Blvd
Suite 800
Tuscon, AZ 85711

Receivable Management Services
305 Fellowship Rd #100
P.O. Box 5471
Mount Laurel, NJ 08054


Riverside Realty Co.
2545 Wilkins Ave.
baltimore, MD 21225


Riverside Realty Co.
2545 Wilkins  Avenue
Baltimore, MD 21225


RMS
Attn: Curt Winters
305 Fellowship Road #100
P.O. Box 5471
Mount Laurel, NJ 08054

Safilo USA
Account Payable Department
P.O. Box 35118
Newark, NJ 07193-5118


Scandinavian Eyewear
P.O. Box 912156
Denver, CO 80291-2156


SKO Brenner American
P.O. Box 9320
Baltwin, NY 11510


Three Rivers Optical
260 Bilmar Drive
Pittsburgh, PA 15205


Toyota Financial Services
P.O. Box 5855
Coral Stream, IL 60197-5855


Tura
P.O. Box 426
Munchy, PA 17756-0426


Vector Security
P.O. Box 89462
Cleveland, OH 44101-6462


Verizon
P.O. Box 660720
Dallas, TX 75266-0720


Vistakon
C/o Bank of America
P.O. Box 406524
Atlanta, GA 30384-6524

Vistakon Lockbox (Acuvue)
5855 Collections Center Drive
Chicago, IL 60693-0058


VPNA, LLC (B&L)
Contact Lens Division
P.O. Box 92204
Chicago, IL 60675-2204


Waste Management
P.O. Box 13648
Philadelphia, PA 10101-3648


Western Pest Service
1850 York Road
Suite F
Timonium, MD 21093-5139


Younger Optical
2925 California Street
Torrence, CA 90503


Zimco Optics Inc.
3060 Avenue U
Brooklyn, NY 11229