B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:   **Penn Optical Company, LTD.**                                                                     Case No.

                                                                                                                                          Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Irwin Fuss<br>2308 Velvet Ridge Dr.<br>Owings Mills, MD 21117 | | Blanket Lien | | $250,000.00<br>Value: $0.00 |
| Essilor Laboratories of America, Inc.<br>Attn: Office of the General Counsel<br>13555 N. Stemmons Freeway<br>Dallas, TX 75234 | | Services Rendered | | $100,000.00 |
| New City Optical Laboratory<br>P.O. Box 815519<br>Dallas, TX 75381-5519 | | Business Debt | | $99,916.24 |
| Mondawmin Business Trust*<br>P.O. Box 86<br>Minneapolis, MN 53486-2733 | | Lease | | $73,701.65 |
| Irwin Fuss<br>2308 Velvet Ridge Dr.<br>Owings Mills, MD 21117 | | Lease | | $69,638.32<br>Value: $0.00 |
| Melanie Kletz<br>25 Windflower Court<br>Reisterstown, MD 21136 | | Business Debt | | $66,484.17 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:   **Penn Optical Company, LTD.**                           Case No.

                                                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Three Rivers Optical<br>260 Bilmar Drive<br>Pittsburgh, PA 15205 | | Business Debt | | $64,630.01 |
| Zimco Optics Inc.<br>3060 Avenue U<br>Brooklyn, NY 11229 | | Business Debt | | $34,273.00 |
| Avalon Eyewear<br>170 Legrand Ave<br>North Vale, NJ 07647 | | Business Debt | | $15,999.72 |
| CIBA (Alcon Laboratories)<br>PNC Bank Lockbox<br>3714 Solutions Center<br>Chicago, IL 60677-3007 | | Business Debt | | $13,395.35 |
| Merritt Blvd Partnership<br>C/O Donald H. Ready<br>217 Cedarcroft Road<br>Baltimore, MD 21212 | | Lease | | $12,582.21<br>**Value: $0.00** |
| Alcon<br>6201 South Freeway<br>Fort Worth, TX 76134-2099 | | Lease | | $11,721.15 |
| Anneslie Center LLC.<br>P.O. Box 196<br>Stevenson, MD 21153 | | Lease | | $10,511.66 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:   **Penn Optical Company, LTD.**                                        Case No.

                                                                                                  Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CooperVision Inc.<br>P.O. Box 145409<br>Cinncinnati, OH 45250-5409 | | Business Debt | | $10,067.05 |
| Eyefinity<br>P.O. Box 742608<br>Los Angeles, CA 90074-2608 | | Business Debt | | $9,200.96 |
| Benefit Design Group<br>P.O. Box 10712<br>Baltimore, MD 21285-0712 | | Business Debt | | $8,854.00 |
| Altair Eyewear<br>P.O. Box 45036<br>San Fancisco, CA 94145-0036 | | Business Debt | | $7,932.37 |
| Melanie Kletz<br>25 Windflower Court<br>Reistertown, MD 21136 | | Business Debt | | $6,500.00 |
| Vistakon Lockbox (Acuvue)<br>5855 Collections Center Drive<br>Chicago, IL 60693-0058 | | Business Debt | | $5,727.30 |
| Vistakon<br>C/o Bank of America<br>P.O. Box 406524<br>Atlanta, GA 30384-6524 | | Business Debt | | $5,727.30 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

IN RE:  **Penn Optical Company, LTD.**                                             Case No.

                                                                                                      Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**10/24/2014**__                    Signature: __**/s/ Richard Fuss, OD**__
                                                                *Richard Fuss, OD*
                                                                **President**