B6A (Official Form 6A) (12/07)

In re  **Penn Optical Company, LTD.**                                     Case No.  **14-26411**                
                                                                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | **Total:** | **$0.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Penn Optical Company, LTD.**  Case No.  **14-26411** _____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | $75.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America, Business Checking Account x4916 | $834.00 |
| | | Bank of America, Business Checking Account (Penn Gay) | $82.00 |
| | | Bank of America, Business Payroll Account | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Peerlees Insurance/ Hartford Insurance Co.: General  liability, automotive, umbrella and compensation policies. | $1.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Penn Optical Company, LTD.**                                      Case No.  __14-26411_____
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Insurance Claims recievables  (estimated) | $201,875.00 |
|  | | Patient A/R (estimated) | $36,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Balance due on executory contract from Micheal Leno re: Westside location | $8,700.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Penn Optical Company, LTD.**                   Case No.   **14-26411**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Acura CL Coupe 98,000 Miles owned  jointly w/ Irwin Fuss | $4,836.00 |
| | | 2004 Acura MDX Sport Coupe 155,000 miles | $6,588.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Penn Optical Company, LTD.**                               Case No.    **14-26411**

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2005 BMW M3 85,000 Miles<br>owned jointly w/ Melanie Kletz | | $21,000.00 |
| | | 2010 Toyota Sienna XLE Minivan<br>73,000 miles | | $9,822.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Reception Chairs | | $1,230.00 |
| | | Optician Stools | | $1,650.00 |
| | | Copiers | | $350.00 |
| | | Fax Machines | | $240.00 |
| | | Laser Printers | | $950.00 |
| | | Desktop Computers | | $7,750.00 |
| | | Laptop Computers | | $1,500.00 |
| | | Small Desks | | $180.00 |
| | | Chairs | | $165.00 |
| | | Desks | | $210.00 |
| | | Desks | | $30.00 |
| | | Nidek Edger | | $12,000.00 |
| | | Briot Edger | | $15,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Penn Optical Company, LTD.**                    Case No.  __14-26411_____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Hand Wheel/Edgers | | $200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | NCT's | | $1,000.00 |
| | | Keratometers | | $600.00 |
| | | Projectors | | $300.00 |
| | | Slit Lamp Biomicroscopes | | $5,400.00 |
| | | Phoropters | | $6,000.00 |
| | | Lensometer | | $2,100.00 |
| | | Exam Chairs & Stands | | $24,500.00 |
| | | File Cabinets | | $11,400.00 |
| | | Cash Registers | | $300.00 |
| | | Instrument Tables | | $1,750.00 |
| | | Forms Pin Printers | | $1,600.00 |
| | | Auto Refractors | | $35,000.00 |
| | | FDT's | | $7,200.00 |
| | | Remote Projectors | | $1,500.00 |
| | | Lens Cabinets | | $1,400.00 |
| | | Tint Unit | | $400.00 |
| 30. Inventory. | | Frame Inventory | | $53,549.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Penn Optical Company, LTD.**                           Case No.  __14-26411_____
                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Lens Inventory | $7,275.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____5_____ continuation sheets attached                    **Total  >** | **$492,542.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Penn Optical Company, LTD.**                                  Case No.   **14-26411**

                                                                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Penn Optical Company, LTD.**                                    Case No.   **14-26411**
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**Irwin Fuss**<br>**2308 Velvet Ridge Dr.**<br>**Owings Mills, MD 21117** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Blanket Lien**<br>COLLATERAL:<br>**All Business Assets**<br>REMARKS:<br><br><br>VALUE:                    **$441,596.00** | | | | **$250,000.00** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | **$250,000.00** | **$0.00** |
| | | | Total (Use only on last page) > | | | **$250,000.00** | **$0.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  **Penn Optical Company, LTD.**                                    Case No. ___**14-26411**___
                                                                                      (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Penn Optical Company, LTD.**                                                      Case No.   **14-26411**
                                                                                                         (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Irwin Fuss**<br>**2308 Velvet Ridge Dr.**<br>**Owings Mills, MD 21117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Richard Fuss**<br>**12615 Waterspout Court**<br>**Owings Mills, MD 21117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/13) - Cont.

In re  **Penn Optical Company, LTD.**                    Case No.  **14-26411**
                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Comptroller of the Treasury Compliance Division, Room 206 301 W. Preston Street Baltimore, MD 21201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Payroll W/H**<br>REMARKS: | | | | $15,426.00 | $15,426.00 | $0.00 |
| ACCT #:<br>**Internal Revenue Service PO Box 249 Memphis, TX 79245** | | DATE INCURRED:<br>CONSIDERATION:<br>**941 Taxes**<br>REMARKS: | | | | $23,328.73 | $23,328.73 | $0.00 |
| **Representing: Internal Revenue Service** | | **IRS Insolvency Unit 31 Hopkins Plaza, Room 1150 Baltimore, MD 21201** | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>**MD Division of Unemployment Insurance 500 N. Calvert Street Room 401 Baltimore, MD 21202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unemployment Insurance**<br>REMARKS: | | | | $15,426.00 | $15,426.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals (Totals of this page) > | $54,180.73 | $54,180.73 | $0.00 |
| Total ><br>**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | $54,180.73 | | |
| Totals ><br>**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | $54,180.73 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Penn Optical Company, LTD.**                    Case No.  **14-26411**
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Accutome, Inc.**<br>**3222 Phoenixville Pike**<br>**Malvern, PA 19355** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$358.50** |
| **Representing:**<br>**Accutome, Inc.** | | **JSD Management**<br>**1283 College Park Dr.**<br>**Dover, DE 19904-8713** | | | | **Notice Only** |
| ACCT #:  **xxx3281**<br>**Alcon**<br>**6201 South Freeway**<br>**Fort Worth, TX 76134-2099** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS:<br>**Lease for 1537 Merritt Blvd Ste 300**<br>**Baltimore, MD 21222** | | | | **$11,721.15** |
| ACCT #:  **xxx4553**<br>**Altair Eyewear**<br>**P.O. Box 45036**<br>**San Fancisco, CA 94145-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$159.64** |
| ACCT #:  **xxx4565**<br>**Altair Eyewear**<br>**P.O. Box 45036**<br>**San Fancisco, CA 94145-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$5,008.74** |
| ACCT #:  **xxx2309**<br>**Altair Eyewear**<br>**P.O. Box 45036**<br>**San Fancisco, CA 94145-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$7,932.37** |

Subtotal >  **$25,180.40**

____**12**____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                                          Case No.   **14-26411**
                                                                                           (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx4554**<br>**Altair Eyewear**<br>**P.O. Box 45036**<br>**San Fancisco, CA 94145-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$240.89** |
| ACCT #:  **xxx4567**<br>**Altair Eyewear**<br>**P.O. Box 45036**<br>**San Fancisco, CA 94145-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$638.21** |
| ACCT #:  **xxx4566**<br>**Altair Eyewear**<br>**P.O. Box 45036**<br>**San Fancisco, CA 94145-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$480.25** |
| ACCT #:<br>**Anneslie Center LLC.**<br>**P.O. Box 196**<br>**Stevenson, MD 21153** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS:<br>**Anneslie Shopping Center Lease** | | | | **$10,511.66** |
| ACCT #:  **xxx7933**<br>**Avalon Eyewear**<br>**170 Legrand Ave**<br>**North Vale, NJ 07647** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$15,999.72** |
| **Representing:**<br>**Avalon Eyewear** | | **Randall & Richards**<br>**Attn: Lorene Edwards**<br>**5151 E Broadway Blvd**<br>**Suite 800**<br>**Tuscon, AZ 85711** | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**12**____ continuation sheets attached to                              **Subtotal >**    **$27,870.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 **Total >**
                                                 **(Use only on last page of the completed Schedule F.)**
                                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                         Case No.   **14-26411**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x4874**<br>**Benefit Design Group**<br>**P.O. Box 10712**<br>**Baltimore, MD 21285-0712** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$8,854.00** |
| ACCT #:  **x946-1**<br>**Benefit Mall**<br>**P.O. Box 418742**<br>**Boston, MA 02241-8742** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$791.80** |
| ACCT #:  **xx-xxx4615**<br>**C. Hofberger**<br>**P.O. Box 28335**<br>**Newark, NJ 07101-3116** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,720.81** |
| ACCT #:  **xxxxxx1501**<br>**Carl Zeiss Vision, Inc.**<br>**12121 Scappes Summit Drive**<br>**Suite 400**<br>**San Diego, CA 92131** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,802.00** |
| ACCT #:  **xxx3281**<br>**CIBA (Alcon Laboratories)**<br>**PNC Bank Lockbox**<br>**3714 Solutions Center**<br>**Chicago, IL 60677-3007** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$13,395.35** |
| **Representing:**<br>**CIBA (Alcon Laboratories)** | | **Cambell Hightower & Adams**<br>**Attn: Sharie Campbell**<br>**1645 S. Lakeshore Drive**<br>**Suite 11**<br>**Tempe, AZ 85282** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**12**____ continuation sheets attached to          Subtotal >          **$26,563.96**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                              **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                                   Case No.   **14-26411**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx9590**<br>**CooperVision Inc.**<br>**P.O. Box 145409**<br>**Cinncinnati, OH 45250-5409** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$10,067.05** |
| ACCT #:  **2180**<br>**Eight to Eighty**<br>**1534 Broad Street**<br>**Bellmore, NJ 11710** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$2,330.30** |
| ACCT #:<br>**Essilor Laboratories of America, Inc.**<br>**Attn: Office of the General Counsel**<br>**13555 N. Stemmons Freeway**<br>**Dallas, TX 75234** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services Rendered**<br>REMARKS: | | | | **$100,000.00** |
| **Representing:**<br>**Essilor Laboratories of America, Inc.** | | **Commercial Collection Consultants**<br>**2305 Ridge Road**<br>**Suite 201**<br>**Rockwall, TX 75087** | | | | **Notice Only** |
| ACCT #:  **xxx7077**<br>**Eyefinity**<br>**P.O. Box 742608**<br>**Los Angeles, CA 90074-2608** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$9,200.96** |
| ACCT #:  **xx-xxx3410**<br>**Fairway Optical Products**<br>**8039 Paseo Blvd**<br>**Kansas City, MO 64131-2323** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$3,032.03** |

Sheet no. _____**3**_____ of _____**12**_____ continuation sheets attached to                               **Subtotal >**        **$124,630.34**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          **Total >**
                                                    **(Use only on last page of the completed Schedule F.)**
                                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                          Case No.   **14-26411**
                                                                            (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**FPG**<br>**125 Industry Lane**<br>**Suite 2**<br>**Forrest Hill, MD 21050** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,372.50 |
| ACCT #:  **xxxxx4757**<br>**Grainger**<br>**8820 Citation Road**<br>**Baltimore, MD 21221** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $170.79 |
| ACCT #:  **xx1058**<br>**Grobet USA**<br>**750 Washington Ave**<br>**Caristadt, NJ 07072** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $339.58 |
| ACCT #:<br>**Harris Fire Protection**<br>**50 Kana Street**<br>**Baltimore, MD 21224** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $61.06 |
| ACCT #:<br>**HIBU Inc. Mid Atlantic**<br>**P.O. Box 11815**<br>**Newark, NJ 07101-8115** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Web Page** | | | | $1,863.09 |
| ACCT #:<br>**HIBU/Yellowbook** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | $1,863.09 |

Sheet no. ____**4**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $5,670.11

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Penn Optical Company, LTD.**                                Case No.   **14-26411**
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **HIBU/Yellowbook** | | **RMS** **Attn: Curt Winters** **305 Fellowship Road #100** **P.O. Box 5471** **Mount Laurel, NJ 08054** | | | | **Notice Only** |
| ACCT #:  **xxx1034** **International Environmental Management** **24516 Network Place** **Chicago, IL 60673-1245** | | DATE INCURRED: CONSIDERATION: **Business Debt** REMARKS: **Mondawmin Trash Removal** | | | | **$190.40** |
| ACCT #: **Irwin Fuss** **2308 Velvet Ridge Dr.** **Owings Mills, MD 21117** | | DATE INCURRED: CONSIDERATION: **Lease** REMARKS: **Monument & Gay Street** | | | | **$67,659.84** |
| ACCT #:  **xx0440** **JA Optronics** **7337 Old Alex Ferry Road** **Clinton, MD 20735** | | DATE INCURRED: CONSIDERATION: **Business Debt** REMARKS: | | | | **$2,120.70** |
| ACCT #:  **xxx5755** **Marchon Eyewear** **201 Old Country Road** **Melville, NY 11747** | | DATE INCURRED: CONSIDERATION: **Business Debt** REMARKS: | | | | **$3,577.56** |
| ACCT #: **Melanie Kletz** **25 Windflower Court** **Reisterstown, MD 21136** | | DATE INCURRED: CONSIDERATION: **Business Debt** REMARKS: | | | | **$66,484.17** |

Sheet no. _____**5**_____ of _____**12**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          **$140,032.67**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Penn Optical Company, LTD.**                                      Case No. **14-26411**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Merritt Blvd Partnership**<br>**C/O Donald H. Ready**<br>**217 Cedarcroft Road**<br>**Baltimore, MD 21212** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS: | | | | **$15,164.90** |
| ACCT #:<br>**Mondawmin Business Trust\***<br>**P.O. Box 86**<br>**Minneapolis, MN 53486-2733** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS:<br>**Lease #: 253523**<br>**Unit #: 3727** | | | | **$73,701.65** |
| ACCT #:<br>**New City Optical Laboratory**<br>**P.O. Box 815519**<br>**Dallas, TX 75381-5519** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$99,916.24** |
| ACCT #:  **xx-xxx2F6W**<br>**Optisource International**<br>**P.O. Box 30538**<br>**New York, NY 10087-0538** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**In Collections** | | | | **$3,821.88** |
| **Representing:**<br>**Optisource International** | | **Randall & Richards**<br>**Attn: Lorene Edwards**<br>**5151 E Broadway Blvd**<br>**Suite 800**<br>**Tuscon, AZ 85711** | | | | **Notice Only** |
| ACCT #:<br>**Parkside Shopping Center Partnership**<br>**P.O. Box 32591**<br>**Baltimore, MD 21282-2591** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS:<br>**5006 Sinclair Lane** | | | | **$3,053.31** |

Sheet no. ____**6**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$195,657.98**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Penn Optical Company, LTD.**                                    Case No.  **14-26411**
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx0974**<br>**Pitney Bowes Global Financial Service**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7887** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Meter Rental** | | | | **$1,051.40** |
| ACCT #:<br>**Pitney Bowes Golbal Financial** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$4,042.33** |
| **Representing:**<br>**Pitney Bowes Golbal Financial** | | **Caine & Weiner**<br>**Attn: Charlotte Cornelius**<br>**P.O. Box 5010**<br>**Woodland Hills, CA 91365-5010** | | | | **Notice Only** |
| ACCT #:<br>**Pitney Bowes Inc.**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$3,853.47** |
| **Representing:**<br>**Pitney Bowes Inc.** | | **Allen Maxwell & Silver**<br>**Attn: Christopher Spencer**<br>**190 Sylvan Avenue**<br>**Enclewood Cliffs, NJ 07632** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-0050**<br>**Pitney Bowes Purchase Power**<br>**P.O. Box 371874**<br>**Pittsburg, PA 15250-7874** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Postage** | | | | **$3,261.00** |

Sheet no. ____**7**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$12,208.20**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Penn Optical Company, LTD.**                                    Case No.   **14-26411**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Prodigy Optical**<br>**314 Sievy Ave.**<br>**Richmond, MN 56368** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$4,608.93** |
| ACCT #:<br>**R&R Eyewear Imports Inc.**<br>**777 Schwab Road, Unit C**<br>**Hatfield, PA 19440** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,840.60** |
| ACCT #:  **2483**<br>**Riverside Realty Co.**<br>**2545 Wilkins Ave.**<br>**Baltimore, MD 21225** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS:<br>**2483 Frederick Avenue** | | | | **Unknown** |
| ACCT #:  **xxx3628**<br>**Safilo USA**<br>**Account Payable Department**<br>**P.O. Box 35118**<br>**Newark, NJ 07193-5118** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$2,942.96** |
| **Representing:**<br>**Safilo USA** | | **Receivable Management Services**<br>**305 Fellowship Rd #100**<br>**P.O. Box 5471**<br>**Mount Laurel, NJ 08054** | | | | **Notice Only** |
| ACCT #:  **xx1499**<br>**Scandinavian Eyewear**<br>**P.O. Box 912156**<br>**Denver, CO 80291-2156** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$3,956.80** |

Sheet no. _____**8**_____ of _____**12**_____ continuation sheets attached to                                     **Subtotal >**         **$13,349.29**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                                    Case No.   **14-26411**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br>**SKO Brenner American** <br>**P.O. Box 9320** <br>**Baltwin, NY 11510** | | DATE INCURRED: <br>CONSIDERATION: <br>**Notice Only** <br>REMARKS: | | | | **Notice Only** |
| ACCT #: <br>**Three Rivers Optical** <br>**260 Bilmar Drive** <br>**Pittsburgh, PA 15205** | | DATE INCURRED: <br>CONSIDERATION: <br>**Business Debt** <br>REMARKS: <br>**Account #: 3111** | | | | **$64,630.01** |
| **Representing:** <br>**Three Rivers Optical** | | **Optical Recovery Inc.** <br>**Attn: Rebecca Rossman** <br>**P.O. Box 901167** <br>**Homestead, FL 33090** | | | | **Notice Only** |
| ACCT #:  **xxxxxx1472** <br>**Toyota Financial Services** <br>**P.O. Box 5855** <br>**Coral Stream, IL 60197-5855** | | DATE INCURRED: <br>CONSIDERATION: <br>**Business Debt** <br>REMARKS: | | | X | **$681.68** |
| ACCT #:  **xx1150** <br>**Tura** <br>**P.O. Box 426** <br>**Munchy, PA 17756-0426** | | DATE INCURRED: <br>CONSIDERATION: <br>**Business Debt** <br>REMARKS: | | | | **$4,044.73** |
| **Representing:** <br>**Tura** | | **DAL Inc.** <br>**Attn: James Brown** <br>**P.O. Box 162** <br>**Clifton Heights, PA 19018** | | | | **Notice Only** |

Sheet no. ____**9**____ of ____**12**____ continuation sheets attached to                                    Subtotal >   **$69,356.42**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    Total >
                                                (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                                Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                                    Case No.   **14-26411**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Vector Security<br>P.O. Box 89462<br>Cleveland, OH 44101-6462** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Monument St. = $232.08<br>Sinclair = $387.65<br>Westside = $355.73** | | | | **$1,775.29** |
| | | **Danville = $272.58<br>York Road = $527.25** | | | | |
| ACCT #:  **xxxxxxxxxxx2-724**<br>**Verizon<br>P.O. Box 660720<br>Dallas, TX 75266-0720** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxx8034**<br>**Vistakon<br>c/o Bank of America<br>P.O. Box 406524<br>Atlanta, GA 30384-6524** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$5,727.30** |
| **Representing:<br>Vistakon** | | **Cambell Hightower & Adams<br>Attn: Sharie Campbell<br>1645 S. Lakeshore Drive<br>Suite 11<br>Tempe, AZ 85282** | | | | **Notice Only** |
| ACCT #:  **xxx8034**<br>**Vistakon Lockbox (Acuvue)<br>5855 Collections Center Drive<br>Chicago, IL 60693-0058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$5,727.30** |

Sheet no. ____**10**____ of ____**12**____ continuation sheets attached to                        Subtotal >                **$13,229.89**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                                    (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                    Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                              Case No.   **14-26411**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx8680**<br>**VPNA, LLC (B&L)**<br>**Contact Lens Division**<br>**P.O. Box 92204**<br>**Chicago, IL 60675-2204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$155.90** |
| ACCT #:<br>**Waste Management**<br>**P.O. Box 13648**<br>**Philadelphia, PA 10101-3648** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$1,983.43** |
| **Representing:**<br>**Waste Management** | | **Lisa A. Charleston**<br>**150 E. Swedesford Road**<br>**Wayne, PA 19087** | | | | **Notice Only** |
| ACCT #:<br>**Waste Management**<br>**P.O. box 13648**<br>**Philadelphia, PA 10101-3648** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$3,861.82** |
| **Representing:**<br>**Waste Management** | | **Lisa A. Charleston**<br>**150 E. Swedesford Road**<br>**Wayne, PA 19087** | | | | **Notice Only** |
| ACCT #:<br>**Western Pest Service**<br>**1850 York Road**<br>**Suite F**<br>**Timonium, MD 21093-5139** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS:<br>**Monument St = $0**<br>**Mondawmin = $216**<br>**Sinclair = $137** | | | | **$900.00** |

Sheet no. ____11____ of ____12____ continuation sheets attached to          **Subtotal >**          **$6,901.15**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Penn Optical Company, LTD.**                                    Case No.   **14-26411**
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| | | **Westside = $316**<br>**Danville = $120**<br>**York Road = $111** | | | | |
| ACCT #:<br>**Younger Optical**<br>**2925 California Street**<br>**Torrence, CA 90503** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$820.67** |
| ACCT #:  **xxx1192**<br>**Zimco Optics Inc.**<br>**3060 Avenue U**<br>**Brooklyn, NY 11229** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$34,273.00** |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____**12**____ of ____**12**____ continuation sheets attached to                                 **Subtotal >**   **$35,093.67**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        **Total >**   **$695,744.81**
                                                  **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Penn Optical Company, LTD.**                     Case No.  <u>14-26411</u>
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Anneslie Center, LLC**<br>P.O. Box 196<br>Stevenson, MD 21153 | Anneslie Shopping Center Lease<br>Contract to be ASSUMED |
| **Irwin Fuss**<br>2308 Velvet Ridge Drive<br>Owings Mills, MD 21117 | Lease<br>Monument & Gay Street<br>Contract to be REJECTED |
| **Merritt Blvd Partnership**<br>c/o Donald H. Ready<br>217 Cedarcroft Road<br>Baltimore, MD 21212 | 1537 Merritt Blvd Ste 300<br>Baltimore, MD 21222 Lease<br>Contract to be REJECTED |
| **Mondawmin Business Trust***<br>P.O. Box 86<br>Minneapolis, MN 53486-2733 | Lease #: 253523<br>Unit #: 3727<br>Contract to be REJECTED |
| **Parkside Shopping Center Partnership**<br>PO Box 32591<br>Baltimore, MD 21282-2591 | Lease<br>5006 Sinclair Lane<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Penn Optical Company, LTD.**                                    Case No.   **14-26411**
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Riverside Realty Co.**<br>2545 Wilkins  Avenue<br>Baltimore, MD 21225 | Lease<br>2483 Frederick Avenue<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **Penn Optical Company, LTD.**                                          Case No.   **14-26411**
                                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

In re  **Penn Optical Company, LTD.**                    Case No.    **14-26411**

                                                         Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $492,542.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $250,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $54,180.73 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $695,744.81 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 27 | $492,542.00 | $999,925.54 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Penn Optical Company, LTD.**                                    Case No.   **14-26411**
                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **29** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **12/1/2014**                              Signature  **/s/ Richard Fuss, OD**
                                                          **Richard Fuss, OD**
                                                          **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*